UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN ALEXANDER ELLISION, | ) | CASE NO. WD-09-0494-VBF (PJW) |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| LA COUNTY GOVERNMENT, et al., | ) | |
| Defendants. | ) | |

For the reasons set forth in the Order filed this day, it is hereby adjudged that the action is dismissed.

DATED: March 18, 2010.

*Valerie Baker Fairbank*

VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\judgmemt.wpd